FREDERICK F. SHERWOOD
ANNE E. SHERWOOD
MORRISON, SHERWOOD, WILSON & DEOLA, P.L.L.P.
401 North Last Chance Gulch
Helena, MT  59601
 (406) 442-3261
rick@mswdlaw.com
anne@mswdlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KATHERINE PRAVAZABOJOVNIK,<br><br>Plaintiff,<br>-vs-<br><br>THIRSTYHUFF, INC. dba PLAYGROUND LOUNGE, JASON HUFFORD, and STEPHEN THURSTON,<br><br>Defendants. | No. CV-20-19-GF-BMM<br><br>**RULE 41(a) DISMISSAL** |

COMES NOW PLAINTIFF KATHERINE PRAVAZABOJOVNIK and pursuant to F.R.Civ.P. 41(a) (1) dismisses the above action with prejudice.

DATED this 10th day of June, 2020.

    MORRISON, SHERWOOD, WILSON & DEOLA, P.L.L.P.

        BY:   /s/Frederick F. Sherwood

Frederick F. Sherwood
Attorneys for Plaintiff